UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERLY ALEJO,<br><br>        Plaintiff,<br><br>    v.<br><br>OPURTUN FINANCIAL CORP., et al.,<br><br>        Defendants. | No.  1:21-cv-00023-NONE-HBK<br><br>VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(i) AS TO DEFENDANT OPURTUN FINANCIAL CORP. ONLY<br><br> (Doc. No. 17) |

On February 26, 2021, Plaintiff filed a Notice of Voluntary Dismissal, voluntarily dismissing defendant Opurtun Financial Corp. from this action under Fed. R. Civ. P. 41(a)(1)(A)(i), without prejudice.  (Doc. No. 17).  The Notice states the dismissal of Opurtun "has not effect" on the remaining co-defendants, Experian or Transunion, LLC.  (*Id.*).

Accordingly:

Pursuant to Plaintiff's Notice (Doc. No. 17), defendant Opurtun Financial Corp. is dismissed from this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED.

Dated:   March 4, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1