UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERLY ALEJO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-00023-NONE-HBK<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(ii) AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY<br><br>(Doc. No. 21) |

　　　　On March 22, 2021, plaintiff and defendant Experian Information Solutions, Inc. filed a Joint Stipulation for Dismissal, stipulating to the dismissal of Experian from this action under Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice. (Doc. No. 21). The Stipulation states the dismissal of Experian "does not extend to claims against" the remaining co-defendant, TransUnion, LLC. (*Id.*).

　　　　Accordingly:

　　　　Pursuant to the Joint Stipulation of Dismissal (Doc. No. 21), defendant Experian Information Solutions, Inc. is dismissed from this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).

1

IT IS SO ORDERED.

Dated: March 23, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE