| | |
|---|---|
| MERLY ALEJO,<br><br>                Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., *et al.*,<br><br>                Defendants. | No. 1:21-cv-00023-DAD-HBK<br><br>VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii) AS TO DEFENDANT TRANSUNION LLC<br><br>(Doc. No. 27) |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On May 27, 2021, plaintiff and defendant TransUnion, LLC filed a Joint Stipulation of Dismissal, stipulating to the dismissal of TransUnion from this action under Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice. (Doc. No. 27). The Stipulation states that "each party [will] bear their owns costs and attorneys' fees." (*Id.*). No defendants remain following TransUnion's dismissal. *See* Doc. No. 20 (March 5, 2021 stipulated dismissal of Oportun Financial Corporation); Doc. No. 23 (March 24, 2021 stipulated dismissal of Experian Information Solutions, Inc.).

Accordingly:

Pursuant to the Joint Stipulation of Dismissal, defendant TransUnion, LLC is dismissed from this action with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 28, 2021

*[signature]*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE